# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DERRICK McCRAY,** | : CIVIL ACTION | |
|    Petitioner, | : | |
| | : | |
| v. | : | NO. 20-cv-360 |
| | : | |
| **SUPERINTENDENT TICE, et al.,** | : | |
|    Respondents. | : | |

## O R D E R

AND NOW, this 5th day of November, 2020, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED without an evidentiary hearing.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

 s/J. Curtis Joyner
J. CURTIS JOYNER,   J.